# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

─────────

No. 15-20238
Summary Calendar

─────────

United States Court of Appeals
Fifth Circuit

**FILED**

May 3, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JAIME GENARO-VILLEGAS, also known as Genareo Villegas, also known as Genaro Jaime Villegas, also known as Valentin Villegas-Jaime, also known as Genaro Jaime-Villegas, also known as Allareo R. Perez, also known as Genaro Jaime, also known as Allareo Ricardo Perez, also known as Salvador Arrelano, also known as Genaro Villegas Jaime, also known as Valentin Villegas Jaime,

Defendant-Appellant

─────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CR-587

─────────────────

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jaime Genaro-Villegas has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632

─────────────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20238

F.3d 229 (5th Cir. 2011).  Genaro-Villegas has not filed a response, although he has submitted a letter asking for legal advice about issues to raise on appeal. We have reviewed counsel's briefs and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.